## IN RE BABY BOY SHAMP

No. 620P86.

Case below: 82 N.C. App. 606.

Petition by DSS and Guardian for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

## IN RE FORECLOSURE OF COMBS

No. 511P86.

Case below: 82 N.C. App. 149.

Petition by Koumparakis for discretionary review pursuant to G.S. 7A-30 denied 18 November 1986. Motion by appellee to dismiss appeal for lack of substantial constitutional question allowed 18 November 1986. Motion by Koumparakis pursuant to Rule 27 for reconsideration of the petition denied 6 January 1987.

## KINSER v. FOY

No. 587P86.

Case below: 82 N.C. App. 591.

Petitions by plaintiff and defendants for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

## LYERLY v. MALPASS

No. 546P86.

Case below: 82 N.C. App. 224.

Petition by defendant (Inlet Point, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

## McMURRAY v. SURETY FEDERAL SAVINGS & LOAN ASSOC.

No. 653P86.

Case below: 82 N.C. App. 729.

Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals denied 6 January 1987.